IN THE NORTHERN DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, | No. 11 CV 3070 <br><br> Judge Gottschall |
| Plaintiffs, | Magistrate Judge Mason |
| v. | |
| GURTNER PLUMBING, INC., an Illinois corporation, | |
| Defendant. | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, ANDREW S. PIGOTT, and ARNOLD & KADJAN, respectfully request this Honorable Court to enter an Order for Judgment in favor of Plaintiffs and against Defendant, Gurtner Plumbing, Inc.

In support thereof, Plaintiffs state:

1. This case was filed on May 9, 2011, including the First Amended Complaint.

2. Plaintiffs served Defendant with Summons and the First Amended Complaint on July 7, 2011.

3. In excess of 20 days passed after Service of Process without Defendant filing an answer or otherwise pleading, so that this Court entered an Order of Default on August 16, 2011.

4. Per the affidavit of Albert Rinella, auditor for the Northern Illinois Benefit Funds, Defendant owes the Funds $14,263.61, consisting of $12,273.51 in delinquent fringe benefit contributions, $1,227.35 in liquidated damages, and $762.75 in audit costs. (Exhibit A).

5. Per the affidavit of Andrew S. Pigott, attorney for Plaintiffs, Plaintiffs have incurred $6,850.00 in legal fees and costs in this suit. (Exhibit B).

WHEREFORE, Plaintiffs pray for:

A. Entry of Judgment against Defendant in the amount of $21,113.61.

          Respectfully submitted,

          **TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUNDS**

          By : /s Andrew S. Pigott
              One of their attorneys

Donald D. Schwartz
Andrew S. Pigott
ARNOLD & KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, IL 60601
(312) 236-0415